UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| PHYLICIA SARAH RHODD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | 4:24-CV-173-BM |
| ) | |
| Defendant. ) | |
| ) | |

**Decision by Court.**
This case, an appeal from a denial of an application for a period of disability and disability insurance benefits, comes before the court on the motion [DE-23] by plaintiff Phylicia Rhodd ("Plaintiff") for her counsel's recovery of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's motion [DE-23] is ALLOWED IN PART and DENIED IN PART on the following terms:

   1. The Commissioner shall pay $7,070.41 in attorney's fees associated with this case in full satisfaction of any and all claims arising under the EAJA.

   2. Provided that the award to Plaintiff is not subject to the Treasury Offset Program ("Program"), payment shall be made by check payable to Plaintiff's counsel, Russell Bowling, and mailed to him at the following address pursuant to Plaintiff's assignment [DE-24-5] to her attorney of her right to payment of attorney's fees under the EAJA:

      Russell Bowling
      Olinsky Law Group
      250 South Clinton Street
      Suite 210
      Syracuse, NY 13202

   3. If the award is subject to the Program, the balance shall be mailed to Attorney Russell Bowling at the above address and the check made payable to Plaintiff.

**This judgment filed and entered on October 3, 2024, and served on:**
Russell Bowling (via CM/ECF NEF)
Cassia Parson (via CM/ECF NEF)
Lisa Rayo (via CM/ECF NEF)

October 3, 2024

PETER A. MOORE, JR., CLERK

/s/ Lindsay Stouch
By: Deputy Clerk